**Electronically Filed
Supreme Court
SCWC-29955
21-NOV-2011
02:58 PM**

NO. SCWC-29955

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

SHARON LOUISE SELWYN, Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29955; CR. NO. 07-1-0547)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama,
Acoba, Duffy, McKenna, JJ.)

The Application for Writ of Certiorari filed on October

20, 2011 by Petitioner/Plaintiff-Appellee, State of Hawaiʻi is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 21, 2011.

| | |
|---|---|
| Charlene Y. Iboshi and Ricky R. Damerville for petitioner/plaintiff-appellee on the application. | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| Jeffrey A. Hawk for respondent/defendant-appellant, on the application. | /s/ James E. Duffy, Jr. |
| | /s/ Sabrina S. McKenna |

